KELVIN BANKS, ALISON BEAVERS, )      CIVIL NO. 11-00798 LEK-KSC
DAVID "FLYING WITH EAGLES"    )
BEVETT, CHARLES W. DICKEY,    )
MARCEAU DOZE-GUILLORY, EDWARD )
MANIGAULT, TAMANEE MUNDY,     )
WANDA THOMAS, SYLVIA VEGA,    )
and CHINY WANG,               )
                              )
          Plaintiffs,         )
                              )
     vs.                      )
                              )
JOHN McHUGH, SECRETARY        )
DEPARTMENT OF THE ARMY;       )
LEON E. PANETTA, SECRETARY,   )
DEPARTMENT OF DEFENSE,        )
                              )
          Defendants.         )
_____ )


**ORDER STRIKING AND LIMITING PLAINTIFFS
CHARLES W. DICKEY AND DAVID "FLYING WITH EAGLES"
BEVETT'S CONCISE STATEMENT OF FACT MATERIALS**


**I.   Dickey CSOF Materials**

On April 11, 2014, Defendant Secretary, Department of
the Army, John M. McHugh ("Defendant") filed his Motion for
Dismissal and Summary Judgment on the Claims of Plaintiff
Charles Dickey ("Dickey Motion"). [Dkt. no. 67.] He also filed
his Concise Statement of Material Fact Regarding Claims of
Charles Dickey ("Defendant's Dickey CSOF") with the Declaration
of Annette Perry ("Perry Dickey Declaration") and Exhibits 1-17,
attached to the Perry Dickey Declaration. [Dkt. no. 68.] On

June 7, 2014, Plaintiff Charles W. Dickey ("Dickey") filed his memorandum in opposition. [Dkt. no. 98.]

With his memorandum in opposition, Dickey did not offer his own separate concise statement of facts. Instead, he included his Response to Defendant's Statement of Material Fact Regarding Claims of Charles W. Dickey ("Dickey CSOF Response"), the Declaration of Charles W. Dickey ("Dickey Declaration"), and Exhibits 1-7 ("Dickey Exhibits"), attached to a Declaration of Anthony P.X. Bothwell ("Bothwell Dickey Declaration"). [Dkt. nos. 98-1 to 98-10.] Dickey also includes in his memorandum in opposition a section titled, "Plaintiff's Concise Statement of Material Facts" ("Dickey CSOF Section"). [Dickey Mem. in Opp. at 1-8.] This section cites to exhibits attached to the Bothwell Dickey Declaration.

These materials (collectively, "Dickey CSOF Materials") have the same failings as those filed by Mr. Bothwell along with his memorandum in opposition to Defendant's Motion for Dismissal or Summary Judgment on Plaintiff Alison Beavers' Claims ("Beavers CSOF Materials"), filed May 29, 2014. [Dkt. no. 95.] For the same reasons that the Court struck the Beavers CSOF Materials, see order, filed June 19, 2014 (dkt. no. 103), the Court HEREBY STRIKES the Dickey CSOF Response, the Dickey Declaration and the Dickey Exhibits. [Dkt. nos. 98-1, 98-2, 98-4 to 98-7.] The Court will not consider any of the facts put forth in these

documents in its pending order on the Dickey Motion, and FINDS

that the material facts set forth in Defendant's Dickey CSOF are

DEEMED admitted.  <u>See</u> Local Rule LR56.1.  Further, the Court will

not consider the facts in the Dickey CSOF Section, insofar as

they rely on the Dickey Exhibits, which have been stricken.

## II.  **Bevett CSOF Materials**

On April 23, 2014, Defendant filed his Motion for

Dismissal or Summary Judgment on the Claims of Plaintiff

David Bevett ("Bevett Motion").  [Dkt. no. 70.]  He also filed

his Concise Statement of Material Fact Regarding Claims of

David Bevett ("Defendant's Bevett CSOF") with the Declaration of

Annette Perry ("Perry Bevett Declaration") and Exhibits 1-4,

attached to the Perry Bevett Declaration.  [Dkt. no. 71.]  On

June 7, 2014, Plaintiff David "Flying with Eagles" Bevett

("Bevett") filed his memorandum in opposition.  [Dkt. no. 97.]

Similar to Dickey, Bevett included his Response to

Defendant's Statement of Material Fact Regarding Claims of

David Bevett ("Bevett CSOF Response") and Exhibits 1-19 ("Bevett

Exhibits"), attached to another Bothwell Declaration ("Bothwell

Dickey Declaration").  [Dkt. nos. 97-1 to 97-21.]  Like Dickey,

Bevett also includes in his memorandum in opposition a section

titled, "Plaintiff's Concise Statement of Material Facts"

("Bevett CSOF Section").  [Bevett Mem. in Opp. at 2-14.]  This

section cites to exhibits attached to the Bothwell Bevett

Declaration.

Since these materials (collectively, "Bevett CSOF Materials") fail for the same reasons as the Dickey CSOF Materials, the Court HEREBY STRIKES the Bevett CSOF Response and the Bevett Exhibits.  [Dkt. nos. 97-1, 97-3 to 97-21.]  The Court will not consider any of the facts put forth in these documents in its pending order on the Bevett Motion, and FINDS that the material facts set forth in Defendant's Bevett CSOF are DEEMED admitted.  Further, the Court will not consider the facts in the Bevett CSOF Section, insofar as they rely on the Bevett Exhibits, which have been stricken.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, July 31, 2014.



      /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**KELVIN BANKS, ET AL. VS. JOHN MCHUGH, ETC., ET AL; CIVIL 11-00798 LEK-KSC; ORDER STRIKING AND LIMITING PLAINTIFFS CHARLES W. DICKEY AND DAVID "FLYING WITH EAGLES" BEVETT'S CONCISE STATEMENT OF FACT MATERIALS**